

**IT IS ORDERED as set forth below:**

**Date: November 25, 2024**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **In Re:**<br><br>**THE ALIERA COMPANIES, INC., d/b/a**<br>**Aliera Healthcare, Inc., et al.,**<br><br>  **Debtors.**<br>_____ | ) <br> )   **CASE NO. 21-11548**<br> )   Currently pending in the U.S.<br> )   Bankruptcy Court for the<br> )   District of Delaware<br> )<br> )<br> )<br> ) |
| **ALIERA LT, LLC, AS LIQUIDATING**<br>**TRUSTEE FOR THE ALIERA**<br>**COMPANIES, INC. d/b/a ALIERA**<br>**HEALTHCARE INC., et al.,**<br>  **Plaintiffs,**<br><br>  **v.**<br><br>**HEALTHLINE LLC f/k/a**<br>**HEALTHLINE INC.,**<br>  **Defendant.**<br>_____ | )<br> )<br> )   **ADVERSARY**<br> )   **PROCEEDING NO. 23-05205**<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br> ) |

## JUDGMENT

By Order of even date herewith, it is hereby

ORDERED, ADJUDGED and DECREED that judgment by default is entered on Counts I through IV in favor of Plaintiff against Defendant HealthLine LLC f/k/a HealthLine Inc. in the amount of $2,202,223.35, plus costs and post-judgment interest to accrue at the legal rate from the date of the entry of this judgment.

The clerk is directed to serve a copy of this order on the Plaintiffs, counsel for Plaintiffs, Defendant, and the United States Trustee.

END OF ORDER